2 pgs.
SCOTT A. COBEN & ASSOCIATES
Scott A. CoBen - State Bar No. 155160
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorney for Debtor(s), RICHARD LADNER and LORRIE LADNER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                              Case No.:    12-24830

RICHARD LADNER
and LORRIE LADNER,

    Debtor(s).
_____/

**SUBSTITUTION OF ATTORNEYS**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Debtor(s), RICHARD LADNER and LORRIE LADNER, hereby substitutes MIKALAH LIVIAKIS at the above address in the place of SCOTT A. COBEN, as attorney of record in the above matter.

I agree to the above substitution.

Dated: 7/2/2014

_/s/ Richard Ladner_
RICHARD LADNER
Debtor

1

Dated: 7/2/2014

_____
LORRIE LADNER
Debtor

Dated: 7/7/14

_____
SCOTT A. COBEN
Current Attorney

I accept the above substitution.

Dated: 7/8/14

_____
MIKALAH LIVIAKIS
Proposed New Attorney

2